UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:08-Cr-00206-T-30 TGW

CARLO ANTONIO RAMIREZ-AGUILA

### ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Indictment against Defendant CARLO ANTONIO RAMIREZ-AGUILA, without prejudice. Leave of Court is granted and the Indictment is dismissed against Defendant CARLO ANTONIO RAMIREZ-AGUILA, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to Defendant CARLO ANTONIO RAMIREZ-AGUILA.

Dated: 28 Oct. 2010

JAMES S. MOODY, JR.
United States District Judge